IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MATTHEW BRODY SMITH**                                                                 **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO.: 2:25-cv-88-KS-MTP**

**JONES COUNTY, MISSISSIPPI;**
**JOEL BROGAN, in his individual capacity as a**
**Jones County Sheriff Deputy; JAKE DRISKELL**
**in his individual capacity as a Jones County Sheriff**
**Deputy; and CHASE SMITH in his individual capacity**
**as a Jones County Sheriff Deputy**                                                    **DEFENDANTS**

## NOTICE OF REMOVAL

Joel Brogan, in his individual capacity as a Jones County Sheriff Deputy, by and through counsel, files this Notice of Removal of this civil action from the Circuit Court of Jones County, Mississippi to the United States District Court for the Southern District of Mississippi, Eastern Division. In support of the same, Brogan would show unto the Court as follows:

1. Brogan, pursuant to Rule 4(e) of the Mississippi Rules of Civil Procedure, filed a Waiver of Service of Process on June 27, 2025, in an action styled *Matthew Brody Smith versus Jones County, Mississippi; Joel Brogan, in his individual capacity as a Jones County Sheriff Deputy; Jake Driskell, in his individual capacity as a Jones County Sheriff Deputy; and Chase Smith, in his individual capacity as a Jones County Sheriff Deputy*, Cause No. 34CI2:25-cv-00028, in the Circuit Court of Jones County, Mississippi, Second Judicial District. *See Complaint*, attached hereto as **Exhibit A**; see also Waiver, attached hereto as **Exhibit B**.

2. Thirty (30) days have not expired since Brogan waived service of process. Accordingly, removal is timely.

3.     Plaintiff asserts his "suit is authorized under 42 USC 1983 and the 14th Amendment." Compl. [2] at 2 (¶ 6). More specifically, Plaintiff alleges in part "Defendant Officers violated the 4th Amendment by stopping, searching and seizing Smith without probable cause." Accordingly, removal is proper under 28 U.S.C. § 1331 as this Court has original jurisdiction over federal questions such as those alleged by Plaintiff.

4.     Pursuant to 28 U.S.C. § 1446(b), all properly served defendants consent to this removal.

5.     The United States District Court for the Southern District of Mississippi, Eastern Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Jones County, Mississippi, and Plaintiff filed his Complaint in the Circuit Court of Jones County, Mississippi.

WHEREFORE, PREMISES CONSIDERED, Joel Brogan, in his individual capacity as a Jones County Sheriff Deputy, prays this Court accepts his Notice of Removal, and Brogan further prays for any other appropriate relief that the Court deems proper.

**DATE:     June 27, 2025.**

Respectfully submitted,

**JOEL BROGAN, IN HIS INDIVIDUAL CAPACITY AS A JONES COUNTY SHERIFF DEPUTY**

BY:    */s/ William R. Allen*
          One of His Attorneys

2

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow, LLP
1020 Highland Colony Pkwy; STE 1400
Ridgeland, MS  39157
Tel. 601-948-5711
Fax: 601-985-4500
will.allen@butlersnow.com
lance.martin@butlersnow.com

## CERTIFICATE

I, the undersigned of Butler Snow LLP, one of the attorneys for Joel Brogan in his individual capacity as a Jones County Sheriff Deputy, hereby certify that on this day I electronically filed the foregoing Notice of Removal with the Clerk of the Court *via* ECF and provided notice of the same to:

> Daniel M. Waide, Esq.
> Johnson, Ratliff & Waide, PLLC
> 1300 Hardy Street
> P.O. Box 17738
> Hattiesburg, MS 39404
> dwaide@jhrlaw.net
> *Attorney for Plaintiff*

The 27th day of June, 2025.

/s/*William R. Allen*
OF COUNSEL

94215178.v1